VICTOR STANLEY, INC.,
Plaintiff–Appellee,

v.

CREATIVE PIPE, INC., and Mark T. Pappas, Defendants–Appellants,

and

Stephanie E. Pappas, and John Doe, (also known as Fred Bass), Defendants.

No. 2012–1638.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2013.

Robert B. Wolinsky, Hogan Lovells US, LLP, of Washington, DC, argued for plaintiff-appellee.

Joshua J. Kaufman, Venable, LLP, of Washington, DC, argued for defendants-appellants. Of counsel on the brief was James A. Rothschild, Anderson, Coe & King, LLP, of Baltimore, MD.

NEWMAN, LOURIE, Circuit Judges, and DAVIS,* Chief District Judge.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

* Honorable Leonard Davis, Chief Judge, United States District Court for the Eastern District